Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 3, 2026

***Via CM/ECF***
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Gabriel Seale***
**26 Cr. 302 (LAK)**

Dear Judge Kaplan,

I write to respectfully request that the Court adjourn Gabriel Seale's sentencing hearing, which is currently scheduled for November 17, 2026, by 30 days. The Government, by AUSA Ariel Cohen, does not object. An adjournment is appropriate because I require additional time to finish gathering mitigation materials relevant to the Court's application of the Section 3553(a) factors to Mr. Seale. This is the defense's first, unopposed application for an adjournment of sentencing.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Ariel Cohen

Adjourned until 12/17/26 at 2:30 pm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/26